UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

| | | |
|---|---|---|
| ANTONIO MARTINEZ, | | **STIPULATION AND** |
| | Plaintiff, | **ORDER OF DISMISSAL** |
| -against- | | 14 Civ. 1640 (SHS) |
| THE CITY OF NEW YORK, et al., | | |
| | Defendants. | |

------------------------------------------------------------------------- x

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

          1.     The above-referenced action is hereby dismissed with prejudice; and

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

2.       Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

STEVEN HOFFNER
*Attorney for Plaintiff*
325 Broadway, Suite 505
New York, New York 10007

By: _____
STEVEN HOFFNER
*Attorney for Plaintiff*

Dated: New York, New York
       August 5th, 2015

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-138
New York, New York 10007

By: _____
Joseph Gutmann
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE